| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Dayne R. Jefferson<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–6562<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter:    13    5/17/17 |
| Case number: | 17–22071–JAD | Date case converted to chapter:    7    5/4/22 |

Official Form 309B (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dayne R. Jefferson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 647 Braddock Avenue<br>East Pittsburgh, PA 15112 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl-steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/4/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 13, 2022 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**      **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/12/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/13/22**<br><br>**Filing deadline: 11/13/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22071-JAD |
| Dayne R. Jefferson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 04, 2022 | Form ID: 309B | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dayne R. Jefferson, 647 Braddock Avenue, East Pittsburgh, PA 15112-1258 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | + | Jill Locnikar, U.S. Attorney's Office, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1955 |
| aty | | Peter J. Ashcroft, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | The Bank of New York Mellon, et al, its assignees, c/o Prober & Raphael, ALC, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14641731 | + | City of McKeesport, c/o City Treasurer's Office, 301 Fifth Avenue, 1st Floor, Mc Keesport, PA 15132-2627 |
| 14641732 | + | City of McKeesport & McKeesport, Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14641735 | + | County of Allegheny, c/o John K. Weinstein, Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 14519892 | + | DiTech, 18119 June Fores Drive, Humble, TX 77346-2457 |
| 14519893 | + | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14641738 | + | Homeowners Association, CIA Services, 8811 FM 1960 Bypass Road, #200, Humble, TX 77338-3952 |
| 14641739 | + | Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14519895 | + | Jordan Tex Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14656152 | | Navient Solutions, LLC. on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14659723 | | THE BANK OF NEW YORK MELLON, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14519897 | + | Wells Fargo Auto Finance, P.O. Box 29704, Des Moines, IA 50380-0001 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | May 04 2022 23:39:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | EDI: BRCCRAWFORD.COM | May 05 2022 04:33:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | May 05 2022 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | May 05 2022 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 04 2022 23:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |

Case 17-22071-JAD  Doc 92  Filed 05/06/22  Entered 05/07/22 00:25:30  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 309B | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 04 2022 23:39:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: AISACG.COM | May 05 2022 04:33:00 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 04 2022 23:39:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 04 2022 23:39:00 | The Bank of New York Mellon, et al, c/o Prober & Raphael, ALC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14519890 | + | Email/Text: POCInquiries@BonialPC.com | May 04 2022 23:39:00 | Buckley Madole, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14519891 | + | EDI: CAPONEAUTO.COM | May 05 2022 04:33:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14763864 | + | EDI: AIS.COM | May 05 2022 04:33:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641478 | + | EDI: AISACG.COM | May 05 2022 04:33:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14641734 | + | Email/Text: ebnjts@grblaw.com | May 04 2022 23:39:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14660978 | + | Email/Text: ebnjts@grblaw.com | May 04 2022 23:39:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14519894 | + | Email/Text: Bankruptcy@ciaservices.com | May 04 2022 23:39:00 | Homeowners Association of Timber Forest, c/o CIA Services Inc., P.O. Box 63178, Pipe Creek, TX 78063-3178 |
| 14881950 | | EDI: IRS.COM | May 05 2022 04:33:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14519896 | | EDI: NAVIENTFKASMSERV.COM | May 05 2022 04:33:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14754224 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 04 2022 23:39:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14657359 | | EDI: WFFC.COM | May 05 2022 04:33:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14643039 | | EDI: WFFC.COM | May 05 2022 04:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr | | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| 14641729 | *+ | Buckley Madole, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14641730 | *+ | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14641733 | *+ | City of McKeesport & McKeesport, Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA |

Case 17-22071-JAD   Doc 92   Filed 05/06/22   Entered 05/07/22 00:25:30   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 309B | Total Noticed: 39 |

|  |  |  |
|---|---|---|
|  |  | 15642-7539 |
| 14641736 | *+ | DiTech, 18119 June Fores Drive, Humble, TX 77346-2457 |
| 14641737 | *+ | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14641740 | * | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14641741 | *+ | Wells Fargo Auto Finance, P.O. Box 29704, Des Moines, IA 50380-0001 |

TOTAL: 3 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Kenneth Steidl | on behalf of Debtor Dayne R. Jefferson julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 8