**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAYNE R. JEFFERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-22071 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/17/2017 and confirmed on 09/25/2017 . The case was subsequently     (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 127,283.12 |
| Less Refunds to Debtor | 20.90 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,262.22 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,500.00 | |
| Trustee Fee | 6,170.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,670.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 0512 | 0.00 | 69,728.35 | 0.00 | 69,728.35 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 0512 | 15,380.63 | 15,380.63 | 0.00 | 15,380.63 |
| MCKEESPORT ASD & CITY OF MCKEESPO<br>Acct: J219 | 0.00 | 0.00 | 0.00 | 0.00 |
| HOMEOWNERS ASSOCIATION OF TIMBER<br>Acct: 0001 | 828.41 | 828.41 | 0.00 | 828.41 |
| MCKEESPORT ASD(MCKEESPORT) RE<br>Acct: J221 | 1,019.13 | 1,019.13 | 366.31 | 1,385.44 |
| CITY OF MCKEESPORT - R/E TAX<br>Acct: J219 | 44.55 | 44.55 | 16.55 | 61.10 |
| WELLS FARGO BANK NA<br>Acct: 7689 | 300.00 | 300.00 | 0.00 | 300.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J221 | 178.80 | 178.80 | 77.93 | 256.73 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: J221 | 79.33 | 79.33 | 0.00 | 79.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 24.12 | 24.12 | 10.75 | 34.87 |
|     Acct: J219 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 30.53 | 30.53 | 0.00 | 30.53 |
|     Acct: J219 | | | | |
|   MCKEESPORT ASD(MCKEESPORT) RE | 82.61 | 82.61 | 30.41 | 113.02 |
|     Acct: J219 | | | | |
|   MCKEESPORT ASD(MCKEESPORT) RE | 27.57 | 27.57 | 0.00 | 27.57 |
|     Acct: J219 | | | | |
|   CITY OF MCKEESPORT - R/E TAX | 14.43 | 14.43 | 0.00 | 14.43 |
|     Acct: J219 | | | | |
|   MCKEESPORT ASD(MCKEESPORT) RE | 525.00 | 525.00 | 0.00 | 525.00 |
|     Acct: J221 | | | | |
|   CITY OF MCKEESPORT - R/E TAX | 202.82 | 202.82 | 73.43 | 276.25 |
|     Acct: J221 | | | | |
|   CITY OF MCKEESPORT - R/E TAX | 92.60 | 92.60 | 0.00 | 92.60 |
|     Acct: J221 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 21,671.98 | 21,671.98 | 2,975.92 | 24,647.90 |
|     Acct: 8623 | | | | |
| | | | | 113,782.16 |
| Priority | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAYNE R. JEFFERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAYNE R. JEFFERSON | 20.90 | 20.90 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WOODLAND HILLS SD (EAST PGH) (EIT) | 113.00 | 42.89 | 0.00 | 42.89 |
|     Acct: 6562 | | | | |
|   EAST PITTSBURGH BOROUGH (EIT) | 112.98 | 42.88 | 0.00 | 42.88 |
|     Acct: 6562 | | | | |
|   INTERNAL REVENUE SERVICE* | 10,501.01 | 4,723.63 | 0.00 | 4,723.63 |
|     Acct: 6562 | | | | |
| | | | | 4,809.40 |
| Unsecured | | | | |
|   NAVIENT SOLUTIONS INC O/B/O ECMC | 8,621.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 6562 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 2,053.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 1127 | | | | |
|   WELLS FARGO BANK NA | 259.59 | 0.00 | 0.00 | 0.00 |
|     Acct: 7689 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,694.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 6562 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BONIAL & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4047 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DITECH BANKRUPTCY NOTICING**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-22071 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 118,591.56 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 10,726.99 | |
| SECURED | 40,502.51 | |
| UNSECURED | 14.628.67 | |

Date: 05/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com