| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dayne R. Jefferson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6562<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–22071–JAD | |

## Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Dayne R. Jefferson

<u>8/25/22</u>                                                                  **By the court:**  <u>Jeffery A. Deller</u>
                                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                     **Order of Discharge**                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22071-JAD |
| Dayne R. Jefferson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 25, 2022 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dayne R. Jefferson, 647 Braddock Avenue, East Pittsburgh, PA 15112-1258 |
| cr | + | Ditech Financial LLC, PO BOX 0049, Palatine, IL 60055-0001 |
| cr | + | The Bank of New York Mellon, et al, its assignees, c/o Prober & Raphael, ALC, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14641731 | + | City of McKeesport, c/o City Treasurer's Office, 301 Fifth Avenue, 1st Floor, Mc Keesport, PA 15132-2627 |
| 14641732 | + | City of McKeesport & McKeesport, Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14641735 | + | County of Allegheny, c/o John K. Weinstein, Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 14519892 | + | DiTech, 18119 June Fores Drive, Humble, TX 77346-2457 |
| 14519893 | + | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14641738 | + | Homeowners Association, CIA Services, 8811 FM 1960 Bypass Road, #200, Humble, TX 77338-3952 |
| 14641739 | + | Jordan Tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14519895 | + | Jordan Tex Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14656152 | | Navient Solutions, LLC. on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14659723 | | THE BANK OF NEW YORK MELLON, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14519897 | + | Wells Fargo Auto Finance, P.O. Box 29704, Des Moines, IA 50380-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 26 2022 03:33:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 26 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 26 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 26 2022 03:33:00 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 318 | Total Noticed: 33 |

|  |  |  | Aug 25 2022 23:38:00 | The Bank of New York Mellon, et al, c/o Prober & Raphael, ALC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
|---|---|---|---|---|
| 14519890 | + | Email/Text: POCInquiries@BonialPC.com | Aug 25 2022 23:38:00 | Buckley Madole, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14519891 | + | EDI: CAPONEAUTO.COM | Aug 26 2022 03:33:00 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14763864 | + | EDI: AIS.COM | Aug 26 2022 03:33:00 | Capital One Auto Finance c/o AIS, Portfolio Services, LP f/k/a AIS Data, Services d/b/a/ Ascension Capital Group, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14641478 | + | EDI: AISACG.COM | Aug 26 2022 03:33:00 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14641734 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14660978 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14519894 | + | Email/Text: Bankruptcy@ciaservices.com | Aug 25 2022 23:38:00 | Homeowners Association of Timber Forest, c/o CIA Services Inc., P.O. Box 63178, Pipe Creek, TX 78063-3178 |
| 14881950 |  | EDI: IRS.COM | Aug 26 2022 03:33:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14519896 |  | EDI: NAVIENTFKASMSERV.COM | Aug 26 2022 03:33:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14754224 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:38:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14657359 |  | EDI: WFAUTO | Aug 26 2022 03:33:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14643039 |  | EDI: WFCCSBK | Aug 26 2022 03:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| cr |  | THE BANK OF NEW YORK MELLON, F/K/A The Bank of New |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| 14641729 | *+ | Buckley Madole, P.C., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14641730 | *+ | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14641733 | *+ | City of McKeesport & McKeesport, Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14641736 | *+ | DiTech, 18119 June Fores Drive, Humble, TX 77346-2457 |
| 14641737 | *+ | Ditech Financial LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14641740 | * | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14641741 | *+ | Wells Fargo Auto Finance, P.O. Box 29704, Des Moines, IA 50380-0001 |

TOTAL: 3 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 318 | Total Noticed: 33 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Kenneth Steidl
    on behalf of Debtor Dayne R. Jefferson julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 8